UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:24-cv-00678-SDM-SPF

**ROY SIPEL,**

    **Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS INC,
TRANS UNION LLC, CBM SERVICES, INC.,
and EXCEL MEDICAL IMAGING, P.L.,**

    **Defendants.**
_____/

**<u>NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC</u>**

Plaintiff Roy Sipel and Defendant Trans Union LLC submit this Notice of Settlement and state that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: May 2, 2024

Respectfully Submitted,

/s/ Gerald D. Lane Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677