UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY SIPEL,

    Plaintiff,

v.                                      CASE NO. 8:24-cv-678-SDM-SPF

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER

Roy Sipel announces (Doc. 21) a settlement with Experian Information Solutions. Under Local Rule 3.09(b), the action against Experian is **DISMISSED** subject to the right of either party within sixty days (1) to submit a stipulated form of final order or (2) to move to vacate the dismissal for good cause.

In accord with the parties' stipulation (Doc. 23), the action against Trans Union LLC is **DISMISSED WITH PREJUDICE**. The clerk must remove Trans Union from this case.

Contrary to Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03, no disclosure statement for Sipel or CBM Services, Inc., appears on the docket. No later than **OCTOBER 8, 2024**, Sipel and CBM are each **DIRECTED** to file a complete and compliant disclosure statement on the required form. Failure to comply with this order might result in an order imposing a sanction.

Local Rule 3.02 requires that, "within forty days after any defendant appears in an action originating in this court," the parties "must file a case management report using the standard form." More than forty days elapse and no case management report appears. No later than **OCTOBER 8, 2024**, the parties are **DIRECTED** to submit a case management report, failing which an order will dismiss the action for failure to prosecute.

Local Rule 1.10 requires a party to apply for a default within twenty-eight days "after a party's failure to plead or otherwise defend." Excel Medical Imaging, P.L., was served on March 21, 2024, and no answer or motion from Excel appears on the docket. Because Sipel fails to apply for a default within the time required by Rule 1.10, no later than **OCTOBER 8, 2024**, Sipel is **ORDERED TO SHOW CAUSE** why the action against Excel should not be dismissed without prejudice. The response must show excusable neglect, and verification is required for any statement of fact.

ORDERED in Tampa, Florida, on September 30, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE