UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROY SIPEL, | |
| Plaintiff, | Case No.: 8:24-CV-00678-SDM-SPF |
| v. | Judge Steven Merryday |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | Magistrate Judge Sean Flynn |
| Defendant. | |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Roy Sipel, and Defendant, CBM Services, Inc. (the "Parties"), through their respective counsel and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against CBM Services, Inc., are hereby dismissed with prejudice.

Date: January 8, 2025

/s/ Gerald D. Lane, Jr. (w/consent)
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*Counsel for Plaintiff Roy Sipel*

/s/ Charity A. Olson
**Charity A. Olson**
Pro Hac Vice Appearance
Email: colson@olsonlawpc.com
Olson Law Group
P.O. Box 708
Saline, MI 48176
Phone: 734-255-6908

*Counsel for Defendant CBM Services, Inc.*